# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00424-CV

Michael J. Robinson,
Appellant

v.

Wells Fargo Bank, N.A.,
Appellee

On appeal from the
249th District Court of Johnson County, Texas
Judge Tiffany Strother, presiding
Trial Court Cause No. DC-C202500331

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Michael J. Robinson, appealed from a final judgment signed by the trial court on October 20, 2025. On November 13, 2025, Appellant was notified that the filing fee was due on or before Monday, November 24, 2025, and that a docketing statement was required to be completed and returned to this Court by that same date. The filing fee was not paid and the required docketing statement was not received. *See* TEX. R. APP. P. 5, 32.1.

By letter dated November 26, 2025, the Clerk of this Court notified Appellant that the filing fee had not been paid and that if the fee was not paid on or before Monday, December 8, 2025, the appeal would be dismissed. In another letter dated November 26, 2025, the Clerk of this Court notified Appellant that the docketing statement had not been filed and warned him that the Court may dismiss the appeal without further notice if a docketing statement was not filed on or before Monday December 8, 2025. *See* TEX. R. APP. P. 42.3(c).

As of the date of this opinion, the filing fee has not been paid and we have not received the docketing statement, nor have we received any request for an extension of time to pay the filing fee or to file the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 32.1, 42.3(c).

LEE HARRIS
Justice

OPINION DELIVERED and FILED: December 18, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed
CV06

